IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DALE SIMS and SHAMIS SIMS | § | PLAINTIFFS |
| | § | |
| v. | § | Civil No. 1:17cv22-HSO-JCG |
| | § | |
| HOWARD T. LINDEN | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [13] of United States Magistrate Judge John C. Gargiulo, entered in this case on May 15, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [13], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 21st day of September, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE